IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ELIZABETH ANN DUVALL-KELLEY                                         PLAINTIFF

VS.                                    2:21-cv-131 JM

NORTH DELTA GIN CO., LLC, *et al.*                                   DEFENDANTS

## ORDER

On joint motion of the parties stating that the matters in controversy have been settled, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October, 2022.

James M. Moody Jr.
United States District Judge